UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NETRIA SNOW, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:06-cv-1321-DFH-TAB |
| INDIANA DEPARTMENT OF CORRECTION, | ) |
| Defendant. | ) |

ENTRY ON MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff has not filed a response to defendant's motion for partial summary judgment. The defendant's motion establishes beyond dispute that plaintiff failed to file this action within 90 days after she received from the EEOC notice of her right to sue on the sexual harassment claims stated in her ICRC-EEOC charge filed on March 8, 2005. Plaintiff's complaint was therefore filed after the statutory deadline established by 42 U.S.C. § 2000e-5(f)(1). Defendant's motion is therefore granted, and plaintiff's claims for sexual harassment are dismissed. This ruling does not affect plaintiff's claims for retaliation.

So ordered.

Date: May 1, 2007

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

-2-

Copies to:

Kathryn Lynn Morgan
INDIANA STATE ATTORNEY GENERAL
Kathryn.Morgan@atg.in.gov

Juliana B. Pierce
INDIANA STATE ATTORNEY GENERAL
Julie.Pierce@atg.in.gov

Ronald E. Weldy
ABRAMS & WELDY
weldy@abramsweldy.com