UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NETRIA SNOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-1321-DFH-TAB |
| ) | |
| INDIANA DEPARTMENT OF ) | |
| CORRECTION, ) | |
| ) | |
| Defendant. ) | |

ENTRY ON MOTION FOR SUMMARY JUDGMENT

On May 1, 2007, the court granted defendant's motion for summary judgment on plaintiff's claim for sexual harassment on the ground that she had filed her lawsuit too late. After extensions of time to respond to the motion had expired without any response, the court granted defendant's motion.

History has now repeated itself. On October 25, 2007, defendant filed a motion for summary judgment on plaintiff's remaining claim for retaliation in violation of Title VII of the Civil Rights Act of 1964. Plaintiff sought and obtained three extensions of time to respond to the new motion for summary judgment. The last deadline was January 28, 2008, which passed without any response. There has been no further action by plaintiff.

-2-

The result of plaintiff's failure to respond to the pending motion for summary judgment is that the court treats as undisputed all facts asserted by defendant to be undisputed that are supported by record evidence.  See Local Rule 56.1(e).  The defendant's evidence shows that defendant acted for a legitimate and non-retaliatory reason when it terminated plaintiff's employment.  Plaintiff has failed to respond with any evidence that would allow a reasonable jury to find that she was terminated for complaining about alleged sexual harassment.

Accordingly, defendant's motion for summary judgment on the remaining claim for retaliation (Docket No. 36) is hereby granted.  Defendant's motion to substitute redacted Exhibit E (Docket No. 42) is also granted.  Final judgment shall be entered for defendant.

So ordered.

Date: March 12, 2008

_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

-3-

Copies to:

Kathryn Lynn Morgan
INDIANA STATE ATTORNEY GENERAL
Kathryn.Morgan@atg.in.gov

Juliana B. Pierce
INDIANA STATE ATTORNEY GENERAL
Julie.Pierce@atg.in.gov

Ronald E. Weldy
WELDY & ASSOCIATES
weldy@weldylaw.com